GARY M. RESTAINO
United States Attorney
District of Arizona

CHRISTINA J. REID-MOORE
Assistant United States Attorney
Arizona State Bar No. 018579
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Christina.reid-moore@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 3 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Andre Anthony Miller, <br><br> Defendant. | No. CR-24-00743-PHX-DJH (MTM) <br><br> **INDICTMENT** <br><br> VIO: 18 U.S.C. §§ 1153 and 113(a)(1) <br> (CIR: Assault with Intent to Commit Murder) <br> Count 1 <br><br> 18 U.S.C. § 924(c)(1)(A)(iii) <br> (Use of a Firearm During a Crime of Violence) <br> Counts 2 and 4 <br><br> 18 U.S.C. §§ 1153 and 113(a)(3) <br> (CIR: Assault with a Dangerous Weapon) <br> Count 3 <br><br> 18 U.S.C. §§ 1153 and 113(a)(6) <br> (CIR: Assault Resulting in Serious Bodily Injury) <br> Count 5 <br><br> 18 U.S.C. §§ 924(d), 981, and 982, <br> 21 U.S.C. § 853 and 881, and <br> 28 U.S.C. § 2461(c) <br> (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 18, 2024, in the District of Arizona, within the confines of the Colorado River Indian Tribes Indian Reservation, Indian Country, Defendant ANDRE ANTHONY MILLER, an Indian, did intentionally and knowingly assault the victim, F.J.H,, with intent to commit murder.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(1).

## COUNT 2

On or about February 18, 2024, in the District of Arizona, Defendant ANDRE ANTHONY MILLER, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, that is, Assault with Intent to Commit Murder, as alleged in Count 1, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT 3

On or about February 18, 2024, in the District of Arizona, within the confines of the Colorado River Indian Tribes Indian Reservation, Indian Country, Defendant ANDRE ANTHONY MILLER, an Indian, did intentionally and knowingly assault the victim, F.J.H., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 4

On or about February 18, 2024, in the District of Arizona, Defendant ANDRE ANTHONY MILLER, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Count 3, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT 5

On or about February 18, 2024, in the District of Arizona, within the confines of the Colorado River Indian Tribes Indian Reservation, Indian Country, Defendant ANDRE ANTHONY MILLER, an Indian, did intentionally, knowingly, and recklessly assault the victim, F.J.H., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 5 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d), 981, and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 5 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d), 981, and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: April 30, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

_s/_
CHRISTINA J. REID-MOORE
Assistant U.S. Attorney